Fill in this information to identify the case:

United States Bankruptcy Court for the:
District of Puerto Rico

Case number (if known): _____ Chapter 7

☐ Check if this is an amended filing

## Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy 06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

**1. Debtor's name**  ALPHA ONE SECURITY SOLUTIONS, INC.

**2. All other names debtor used in the last 8 years**
Include any assumed names, trade names, and *doing business as names*

**3. Debtor's federal Employer Identification Number (EIN)**  6 6 – 0 6 9 3 8 5 3

**4. Debtor's address**

**Principal place of business**

LAGUNA GARDEN SHOPPING CENTER
AVE LAGUNA 10 SUITE 256
Number   Street

Carolina, PR 00979
City   State   ZIP Code

Carolina
County

**Mailing address, if different from principal place of business**

Number   Street

City   State   ZIP Code

**Location of principal assets, if different from principal place of business**

Number   Street

City   State   ZIP Code

**5. Debtor's website (URL)**

**6. Type of debtor**
☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

Official Form 201   **Voluntary Petition for Non-Individuals Filing for Bankruptcy**   page **1**

Debtor  ALPHA ONE SECURITY SOLUTIONS, INC.                      Case number *(if known)* _____
        Name

**7. Describe debtor's business**

A. *Check one:*
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. §101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. §781(3))
- ☑ None of the above

B. *Check all that apply:*
- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .
   8  1  1  2

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first subbox. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box

*Check one:*
- ☑ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11. *Check **all** that apply:*
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

- ☑ No
- ☐ Yes.  District _____  When _____ Case number _____
                                              MM / DD / YYYY
         District _____  When _____ Case number _____
                                              MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

- ☑ No
- ☐ Yes.  Debtor _____  Relationship _____
         District _____  When _____
                                              MM / DD / YYYY
         Case number, if known _____

Official Form 201              **Voluntary Petition for Non-Individuals Filing for Bankruptcy**              page 2

Debtor  ALPHA ONE SECURITY SOLUTIONS, INC.  Case number *(if known)*
      Name

| | | |
|---|---|---|
| **11. Why is the case filed in *this district*?** | *Check all that apply:* | |
| | ☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district. | |
| | ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. | |
| **12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No<br>☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br>**Why does the property need immediate attention?** *(Check all that apply.)*<br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>    What is the hazard? _____<br>☐ It needs to be physically secured or protected from the weather.<br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>☐ Other _____<br>**Where is the property?** _____<br>    Number     Street<br>_____<br>City     State     ZIP Code<br>**Is the property insured?**<br>☐ No<br>☐ Yes.    Insurance agency _____<br>         Contact name _____<br>         Phone _____ | |

### Statistical and administrative information

| | | |
|---|---|---|
| **13. Debtor's estimation of available funds?** | *Check one:*<br>☐ Funds will be available for distribution to unsecured creditors.<br>☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. | |
| **14. Estimated number of creditors** | ☑ 1-49    ☐ 50-99<br>☐ 100-199    ☐ 200-999 | ☐ 1,000-5,000    ☐ 5,001-10,000<br>☐ 10,001-25,000 | ☐ 25,001-50,000    ☐ 50,000-100,000<br>☐ More than 100,000 |
| **15. Estimated assets** | ☑ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☐ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |

Debtor  ALPHA ONE SECURITY SOLUTIONS, INC.                                  Case number *(if known)*
        Name

| 16. Estimated liabilities | ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- I have been authorized to file this petition on behalf of the debtor.
- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  03/19/2024
              MM/ DD/ YYYY

X  /s/ CELIMAR COLLAZO LARRION                              CELIMAR COLLAZO LARRION
Signature of authorized representative of debtor             Printed name

Title  PRESIDENT, SECRETARY, TREASURER

**18. Signature of attorney**

X         /s/ Michelle Marie Vega                Date  03/19/2024
Signature of attorney for debtor                         MM/ DD/ YYYY

Michelle Marie Vega
Printed name

Conexa, LLC
Firm name

B5 TABONUCO ST. SUITE 216 BOX 197
Number        Street

Guaynabo                                    PR              00968
City                                        State           ZIP Code

(787) 782-4686                              mvega@conexa.legal
Contact phone                               Email address

228212                                      PR
Bar number                                  State

Official Form 201        **Voluntary Petition for Non-Individuals Filing for Bankruptcy**        page **4**

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## District of Puerto Rico

**In re** ALPHA ONE SECURITY SOLUTIONS, INC.

Case No. _____

**Debtor**

Chapter ____7____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   ☑ **NO LOOK FEE**

   For legal services, I have agreed to accept ................................................................................. $6,500.00

   Prior to the filing of this statement I have received ................................................................... $6,500.00

   Balance Due .................................................................................................................... $0.00

   ☐ **RETAINER**

   For legal services, I have agreed to accept and received a retainer of .................................... _____

   The undersigned shall bill against the retainer at an hourly rate of ......................................... _____
   [Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved fees and expenses exceeding the amount of the retainer.

2. ____$338.00____ of the filing fee has been paid.

3. The source of the compensation paid to me was:

   ☐ Debtor    ☑ Other (specify) ____CELIMAR COLLAZO LARRION____

4. The source of compensation to be paid to me is:

   ☑ Debtor    ☐ Other (specify)

5. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

Page 1 of 2

B2030 (Form 2030) (12/15)

    b.    Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

    c.    Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

7.    By agreement with the debtor(s), the above-disclosed fee does not include the following services:

---

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

03/19/2024                    /s/ Michelle Marie Vega
*Date*                                 Michelle Marie Vega
                                        *Signature of Attorney*
                                                 Bar Number: 228212
                                                       Conexa, LLC
                            B5 TABONUCO ST. SUITE 216 BOX 197
                                        Guaynabo, PR 00968
                                      Phone: (787) 782-4686

                                             Conexa, LLC
*Name of law firm*

AUTORIDAD DE ACUEDUCTOS
Y ALCANTARILLADOS
PO Box 70101
San Juan, PR 00936

BANCO POPULAR DE PUERTO
RICO
PO Box BOX 36618
San Juan, PR 00936

CHASE CAR SERVICES
PO Box 940014
Palatine, IL 60094-4014

DEPARTAMENTO DE
HACIENDA DE PUERTO RICO
PO Box BOX 9024140
San Juan, PR 00902

INTERNAL REVENUE SERVICE
PO Box BOX 7346
Philadelphia, PA 19101-7346

LUMA ENERGY
PO Box BOX 364267
San Juan, PR 00936

MUNICIPIO DE CAROLINA
APARTADO 8
Carolina, PR 00986

SMALL BUNINESS
ADMINISTRATION
PO Box 3918
Portland, OR 97208

SYNERGY PARTNERS PR, LLC
PO Box 70143
San Juan, PR 00936


WINDMAR P.V. ENERGY, INC
PO Box 13942
San Juan, PR 00908

IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF PUERTO RICO
HATO REY DIVISION

IN RE: **ALPHA ONE SECURITY SOLUTIONS, INC.**

CASE NO

CHAPTER **7**

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  03/19/2024    Signature    /s/ CELIMAR COLLAZO LARRION
CELIMAR COLLAZO LARRION, PRESIDENT, SECRETARY, TREASURER